UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVIS WAYNE PRUETT,<br>  aka TRAVIS WAYNE PRUITT,<br>    Defendant. | CASE NO. CR19-101-RSL<br><br>DETENTION ORDER |

Offenses charged:

Count 1 – Possession of methamphetamine (misdemeanor)

Count 2 – Possession of Methamphetamine and Heroin with Intent to Distribute,

    500+ gr of mixture or substance containing methamphetamine

Count 3 – Possession Methamphetamine, heroin and cocaine with intent to distribute,

    100 gr. Or more of a substance containing heroin

Count 4 – Possession of methamphetamine (misdemeanor)

Asset Forfeiture Allegations

Date of Detention Hearing: November 14, 2019

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

DETENTION ORDER
PAGE -1

based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is a rebuttable presumption of detention in this case, both as to dangerousness and flight risk, based upon the nature of the charges in Counts 2 and 3, and the fact that the return of the Indictment establishes probable cause to support those charges. Defendant has presented nothing to rebut the presumption.

(2) Defendant has a lengthy criminal record, both as a juvenile and as an adult. He has had several failures to appear in state courts, leading to the issuance of warrants. Some of his offenses were criminal activity while under court supervision.

(3) When officers attempted to arrest him in this case, he fled, and officers pursued him and took him into custody. His record includes convictions for resisting arrest and obstructing law enforcement officers.

(4) Defendant reported a long and significant history of using controlled substances. That abuse apparently continues, despite his participation in treatment programs.

(5) He is unemployed.

(6) Defendant offered nothing at this time to support his request for release. His counsel, however, requested the opportunity to develop a workable release plan.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

5. This Order is without prejudice to an application to re-open the Detention Hearing when and if defense counsel complies with 18 U.S.C. Sec. 3142(f).

DATED this 14th day of November, 2019.

s/ John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3