1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

UNITED STATES OF AMERICA,

NO. CR19-101RSL

12

Plaintiff,

ORDER CONTINUING TRIAL

13

v.

14

15

TRAVIS WAYNE PRUETT,
aka TRAVIS WAYNE PRUITT,

16

17

Defendant.

18

19     Having considered the record and the parties' March 30, 2020 joint motion, and

20  General Order 02-20 for the Western District of Washington, the Court FINDS that trial in

21  this case cannot proceed on the currently scheduled date of April 27, 2020. For the reasons

22  detailed in the parties' joint motion, the ends of justice served by granting a continuance

23  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

24  § 3161(h)(7)(A), (B)(i), (iv).

25     IT IS THEREFORE ORDERED that the parties' joint motion to continue the trial

26  date and other dates is GRANTED.

27     The trial date of April 27, 2020, is hereby VACATED.

28  //

Order Continuing Trial
*United States v. Pruett*, CR19-101RSL – 1

1    A status hearing is SCHEDULED for June 5, 2020, at 11:00 a.m. At that status

2 hearing, the Court will set a new trial date.

3    IT IS FURTHER ORDERED that the time between the date of the filing of the

4 parties' joint motion and June 1, 2020, is excluded in computing the time within which trial

5 must commence because the ends of justice served by granting this continuance outweigh the

6 best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

7 Failure to grant this continuance would likely make trial impossible and result in a

8 miscarriage of justice, and would deny counsel for the defendant and counsel for the

9 government the reasonable time necessary for effective preparation, taking into account the

10 exercise of due diligence. *Id.* § (B)(i), (iv).

11    Dated this 30th day of March, 2020.

12

13

14    _____
      Robert S. Lasnik
15    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28