The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-101-RSL |
| Plaintiff, | ORDER SETTING TRIAL DATE OF JANUARY 19, 2021 |
| v. | |
| TRAVIS WAYNE PRUETT, | |
| Defendant. | |

THIS COURT having considered the Unopposed Motion to Set a Trial Date of January 19, 2021, and based on the facts set forth therein, and General Orders 01-20 and 08-20 of the United States District Court for the Western District of Washington re Extension of Court Operations Under the Exigent Circumstances Created by COVID-19 and Related Coronavirus, addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, the Court hereby FINDS that trial in this case cannot currently proceed. For the reasons detailed in the unopposed motion, and given the findings of General Order 08-20, the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the request to continue the trial date is GRANTED.

Trial in this matter is SCHEDULED for January 19, 2021, at the request and agreement of the parties. Pretrial motions are due December 14, 2020.

IT IS FURTHER ORDERED that the status conference scheduled for June 5, 2020 is VACATED.

IT IS FURTHER ORDERED that the time between the date of the filing of the parties' joint motion and the new trial date, is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § 3161(h)(7)(B)(i), (iv).

Dated this 29th day of May, 2020.

_____
Robert S. Lasnik
United States District Judge