UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

TRAVIS WAYNE PRUETT,

                Defendant.

Case No. CR19-101 RSL

ORDER

THIS MATTER has come before the undersigned on the motion of the Defendant, Travis Wayne Pruett, to reopen his detention hearing and to be released to a secure in-patient chemical dependency treatment facility. (Dkt. # 33.) The Court heard oral argument on September 16, 2020. (Dkt. # 40.) The Court, having considered Defendant's motion and attachments, the government's response, and oral argument, and for the reasons stated on the record, finds Defendant may be temporarily released to the secure in-patient facility at American Behavioral Health Systems in Spokane, Washington.

IT IS ORDERED that there are compelling reasons to temporarily release Defendant Travis Wayne Pruett to the in-patient chemical dependency treatment facility at the American Behavioral Health Systems. American Behavioral Health Systems will pick up Defendant from custody and transport him to the in-patient facility in Spokane, Washington. United States

ORDER - 1

Pretrial Services will coordinate Defendant's temporary release with the United States Marshal's Office. Upon release from American Behavioral Health Systems, the Defendant will reside with his father Jeff Hamilton and a status hearing before the undersigned will be scheduled within three days of Defendant's release from American Behavioral Health Systems. If Defendant does not successfully complete the program at American Behavioral Health System, Defendant will immediately be returned to the custody of the United States Marshal's Office.

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 16th day of September, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2