The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-101 RSL |
| Plaintiff | **ORDER TO SEAL** |
| v. | |
| TRAVIS W. PRUETT, | |
| Defendant. | |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that Exhibit 1 to the Government's Opposition to Defendant's Motion to Reopen Detention Hearing shall remain sealed.

DATED this ___19th___ day of October, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented by:

*s/ Casey S. Conzatti*
CASEY S. CONZATTI
Assistant United States Attorney

Order to Seal
*U.S. v. Travis Pruett*, CR19-101 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970