1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   UNITED STATES OF AMERICA,                Case No. CR19-101RSL

10                  Plaintiff,               ORDER GRANTING
                                             UNOPPOSED MOTION TO
11          v.                               CONTINUE TRIAL

12   TRAVIS WAYNE PRUETT,

13                  Defendant.

14
15          This matter comes before the Court on defendant's "Unopposed Motion to Set a Trial

16   Date of August 9, 2021." Dkt. # 50. Having considered the facts set forth in the motion, and

17   defendant's knowing and voluntary waiver, the Court finds as follows:

18          1.      The Court adopts the facts set forth in the unopposed motion: in particular, that

19   defense counsel's ability to communicate with her client has been limited by the effects of the

20   COVID-19 pandemic. The Court accordingly finds that a failure to grant a continuance would

21   deny counsel, and any potential future counsel, the reasonable time necessary for effective

22   preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C.

23   § 3161(h)(7)(B)(iv).

24          2.      The Court finds that a failure to grant a continuance would likely result in a

25   miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

26          3.      The Court finds that the additional time requested between January 19, 2021 and

27   the proposed trial date of August 9, 2021, is a reasonable period of delay. The Court finds that

28

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 1

this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering the facts set forth above.

4.    The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5.    Defendant has executed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including August 31, 2021, Dkt. # 51, which will permit his trial to start on August 9, 2021.

IT IS HEREBY ORDERED that the trial date shall be continued from January 19, 2021 to August 9, 2021, and pretrial motions are to be filed no later than July 5, 2021;

IT IS FURTHER ORDERED that the period of time from the current trial date of January 19, 2021, up to and including August 9, 2021, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(i), (iv).

DATED this 18th day of December, 2020.

*MrK S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 2